UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA TALAVERA,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.
-------------------------------------------------------------X

JUDGMENT
06-CV- 3850 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB -5 2008 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on filed on January 31, 2008, remanding plaintiff's case to the Commissioner of Social Security pursuant to the sixth sentence of 42 U.S.C. § 405(g); directing the Commissioner to make every effort to schedule a hearing on the claim as soon as possible and to strive to do so within 60 days from the date of this Court's Order; and denying plaintiff's request to impose additional conditions on the Commissioner's actions upon remand; it is

ORDERED and ADJUDGED that plaintiff's case is remanded to the Commissioner of Social Security pursuant to the sixth sentence of 42 U.S.C. § 405(g); that the Commissioner is directed to make every effort to schedule a hearing on the claim as soon as possible and to strive to do so within 60 days from the date of this Court's Order; and that plaintiff's request to impose additional conditions on the Commissioner's actions upon remand is denied.

Dated: Brooklyn, New York
       February 04, 2008

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court